IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

THERESA B. MORGAN                                                                    PLAINTIFF

v.                           Civil No. 4:06-cv-4010

UNITED STATES OF AMERICA                                                             DEFENDANT

## **O R D E R**

Plaintiff has submitted for filing in this district a complaint, along with an *in forma pauperis* application. The United States District Clerk is hereby directed to file the complaint and *in forma pauperis* application. Having reviewed the in forma pauperis application, plaintiff's request to proceed as a pauper is hereby granted.

IT IS SO ORDERED this 31st day of January 2006.

*/s/ Bobby E. Shepherd*
HON. BOBBY E. SHEPHERD
UNITED STATES MAGISTRATE JUDGE