IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

THERESA B. MORGAN                                                    PLAINTIFF

VS.                              Case No. 06-CV-4010

UNITED STATES OF AMERICA                                             DEFENDANT

## ORDER

Before the Court is Defendant's Motion to Dismiss Case. (Doc. 4) Plaintiff has not filed a timely response. After reviewing Defendant's motion, brief, and supplement, the Court finds Plaintiff lacks standing to pursue her complaint to quash summons and that the Court lacks subject-matter jurisdiction over this matter. Therefore, the Court finds Defendant's Motion to Dismiss Case should be and hereby is **granted.** This case is hereby dismissed.

IT IS SO ORDERED, this 18th day of April, 2006.

                                            /s/ Harry F. Barnes
                                            Hon. Harry F. Barnes
                                            U.S. District Court